STATE, Defendant in Error, *v.* WILLIAM E. DECUS, Plaintiff in Error.

*Error to Dade Circuit Court.*

Reversed for the same reasons.